# ALVIN K. HELLERSTEIN
## UNITED STATES DISTRICT JUDGE
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## 500 PEARL STREET
## NEW YORK, NY 10007-1581
## (212) 805-0152

**TO:** Concerned Parties

**FROM:** Brigitte Jones, Courtroom Deputy     Date: 2/20/2020
by Order of Judge Alvin K. Hellerstein

US v. Alejandro Miguel Leon Maal and Michols Orsini Quintero- 19 Cr. 144 (AKH)

The pre-trial conf. previously set for 2/21/2020 is hereby adjourned.

You are hereby notified that you are required to appear for a pre-trial conf.

> Date: February 24, 2020
> Time: 11:00 am
> Place: U.S. Courthouse - Southern District of New York
> 500 Pearl Street
> Courtroom 14D
> New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to <u>all counsel</u> involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*[signature]*
2-20-2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-20-2020