**ALVIN K. HELLERSTEIN**
**UNITED STATES DISTRICT JUDGE**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**500 PEARL STREET**
**NEW YORK, NY 10007-1581**
**(212) 805-0152**

**TO:** Concerned Parties

**FROM:** Brigitte Jones, Courtroom Deputy   Date: 2/21/2020
by Order of Judge Alvin K. Hellerstein

US v. US v. Alejandro Miguel Leon Maal and Michols Orsini Quintero- 19 Cr. 144 (PTC)

The pre-trial conf previously set for 5/15/2020 is hereby adjourned.

You are hereby notified that you are required to appear for a pre-trial conf.

>   Date : February 28, 2020
>   Time: 11:00 am
>   Place: U.S. Courthouse - Southern District of New York
>       500 Pearl Street
>       Courtroom 14D
>       New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to <u>all counsel</u> involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/21/2020

So Ordered,

/s/ Alvin K. Hellerstein
2-21-2020