

| USDC SDNY | **U.S. Department of Justice** |
| --- | --- |
| **DOCUMENT** | |
| **ELECTRONICALLY FILED** | *United States Attorney* |
| | *Southern District of New York* |
| **DOC #:** _____ | |
| **DATE FILED:** 3/2/2020 | *The Silvio J. Mollo Building* |
| | *One Saint Andrew's Plaza* |
| | *New York, New York 10007* |

February 28, 2020

**BY ECF**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***United States v. Victor Mones, et. al.,* 19 Cr. 144 (AKH)**

Dear Judge Hellerstein:

On February 20, 2020, the Court adjourned a pre-trial conference previously set for February 21, 2020 to February 28, 2020. On February 27, 2020, the Court adjourned the conference again until March 3, 2020. The Government respectfully requests, with the consent of defense counsel, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from today's date, February 28, 2020, to and including March 3, 2020, to allow the parties to discuss possible pretrial dispositions and allow the defendants to determine whether any motions will be filed. The parties submit that the ends of justice served by the exclusion of time outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Sam Adelsberg
Assistant United States Attorney
(212) 637-2494

cc:     All counsel (by ECF)

So ordered.

*[signature]*

3-2-2020