UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - v. -

TARECK ZAIDAN EL AISSAMI MADDAH, et al.,

                   Defendants.

**SEALED ORDER**

19 Cr. 144 (AKH)

- - - - - - - - - - - - - - - - - - - - - - X

    IT IS HEREBY ORDERED that the July 25, 2019 conference is adjourned until September 10, 2019, at 11 a.m.

    IT IS FURTHER ORDERED that the time between July 25, 2019 and September 10, 2019 is excluded in the interest of justice under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and in order to allow the defendants additional time to review the voluminous discovery. The Court finds that the ends of justice served by this exclusion of time outweigh the interests of the public and the defendants in a speedy trial.

SO ORDERED.

Dated: New York, New York
       July 23, 2019

                              HONORABLE ALVIN K. HELLERSTEIN
                              United States District Judge
                              Southern District of New York