**FRANK J. GAVIRIA, ESQ.**
**FRANK J. GAVIRIA, P.A.**
**14 N.E. 1st Avenue, Suite #300**
**Miami, Florida 33132**
**Telephone: (305) 379-4441**
**Fax: (786) 509-8088**
**E-mail: frank@fjgfirm.com**

February 24, 2026

*Delivered Via ECF*

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**So ordered.  The early termination of supervised released is granted.**

**/s/ Alvin K. Hellerstein**
**U.S.D.J.**
**March 5, 2026**

**In re:** *United States of America v. Alejandro Miguel Leon Maal*
**Case No. 1:19-cr-00144-AKH-2**
**United States District Court for the Southern District of New York**

---

Dear Judge Hellerstein:

Please accept for your consideration the following Unopposed Motion for Early Termination of Supervised Release pursuant to Title 18 U.S.C. §3583(e)(1) on behalf of Alejandro Miguel Leon Maal.

On or about March 8, 2019, the Defendant was taken into custody pursuant to his arrest in this case and remained incarcerated up to the date of his release from custody on bond approximately December 30, 2021.

On July 31, 2024, this Honorable Court sentenced the Defendant to a term of time-served and two (2) years supervised release. Therefore, since his sentencing on July 31, 2024, he has served approximately eighteen (18) months on supervised release, which amounts to seventy-five (75%) percent of the two (2) year term of supervised release imposed by this Court.

There are multiple reasons why the Defendant requests the early termination of his supervised release.  Among those reasons for the within request is the need to travel internationally for employment purposes without the restrictions and requirements of supervised release.

To the best of counsel's knowledge, the Defendant has dutifully complied with all conditions of his supervised release and has been compliant in all other respects.  In fact, his

supervising Probation Officer and the Government have advised that they do not oppose the early termination of supervised release as requested herein.

Title 18 U.S.C. §3583(e) provides that the Court may, after considering the 3553 factors, "(1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

This motion for early to termination of supervised release is filed in the utmost of good faith and in the interest of justice. Additionally, it is submitted that Mr. Leon Maal is a good candidate for early termination of supervised release and warrants such consideration by this Court.

Therefore, Defendant, Alejandro Miguel Leon Maal, respectfully prays that this Honorable Court enter its order granting the within Unopposed Motion for Early Termination of Supervised Release pursuant to Title 18 U.S.C. §3583(e)(1).

Respectfully submitted,

/s/ ***Frank J. Gaviria***
Frank J. Gaviria, Esq.
Fla. Bar No. 979058
(Counsel for Defendant,
*Alejandro Miguel Leon Maal*.)

cc:
Kaylan Lasky, A.U.S.A.
Kevin Sullivan, A.U.S.A.
Samuel S Adelsberg, A.U.S.A.
Office of the United States Attorney
One Saint Andrew's Plaza
New York, NY 10007
Telephone: (212) 637-2315, 1587, 2494
E-mail: kaylan.laskey@usdoj.gov
E-mail: Kevin.sulJivan@usdoJ.gov
E-mail: samuel.adelsberg@usdbj.gov

Lisa Scolari, Esq.
20 Vesey Street, Suite 400
New York, NY 10007
Telephone: (212) 227-8899
E-mail: scolarilaw@gmail.com

2